IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>Plaintiff,<br>vs.<br><br>ZIONS BANCORPORATION,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No.  2:05CV906 DAK |

      This matter is before the court on Plaintiff's Objection to the Magistrate's Report and Recommendation.  On November 17, 2005, this case was referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).   On April 26, 2006, Defendant filed a Motion for Summary Judgment. On August 25, 2006, the Magistrate Judge issued a Report and Recommendation, recommending that Defendant's Motion for Summary Judgment be granted.  The Magistrate Judge also recommended that Plaintiff be placed on the restricted filers list, barring her from filing any lawsuits in the District of Utah without first being granted leave of court.

      On September 5, 2006, Plaintiff filed an objection to the Report and Recommendation, which the court has considered, along with the entire case file.   Defendant filed a response to the objection on September 7, 2006.   Plaintiff's Objection has raised no valid objection to the Report and Recommendation.

      Having reviewed the file in its entirety, the court hereby APPROVES and ADOPTS the Magistrate Judge's Report and Recommendation.  Defendant's Motion for Summary Judgment is

GRANTED.  All remaining motions are MOOT.  This action is hereby DISMISSED with prejudice.  The Clerk of the Court is directed to place Plaintiff on the restricted filers list, barring her from filing any lawsuits in the District of Utah without first being granted leave of court.

DATED this 14th day of September, 2006.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge